| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROBERT EDWARD ROOT, | ) Case No. CV 08-4219-SJO (OP) |
|---|---|
| | ) |
| | ) ORDER ADOPTING FINDINGS, |
| Petitioner, | ) CONCLUSIONS, AND |
| | ) RECOMMENDATIONS OF |
| v. | ) UNITED STATES MAGISTRATE |
| | ) JUDGE |
| M. MARTEL, Warden, | ) |
| | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, and the objections filed by Petitioner, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1    IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2 Report and Recommendation; and (2) directing that Judgment be entered denying the
3 Petition and dismissing this action with prejudice.

DATED: April 24, 2011

*S. James Otero*
HONORABLE S. JAMES OTERO
United States District Judge


Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge